**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Christopher J. Reilly
*Counsel to Citi Servicing LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                       :
                                                                                  :        Chapter 11
GTS REAL PROPERTIES, INC.,                                  :
                                                                                  :        Case No. 19-46271 (ESS)
                                            Debtor.              :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP AS ATTORNEYS FOR CITI SERVICING LLC PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE,** that pursuant to Rule 9010 of the Federal Rules of

Bankruptcy Procedure that Klestadt Winters Jureller Southard & Stevens, LLP appears

for and on behalf of Citi Servicing LLC in the above-captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Rule 2002 of the

Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required

to be given in the Chapter 11 case, including but not limited to all papers filed and served

in all adversary proceedings in the Chapter 11 cases and all notices mailed to any

statutory committees or their authorized agents, be given to and served upon:

> Klestadt Winters Jureller Southard & Stevens, LLP
> 200 West 41st Street, 17th Floor
> New York, NY 10036
> Attn: Tracy L. Klestadt
> Tel: (212) 972-3000
> Fax: (212) 972-2245
> tklestadt@klestadt.com

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtors and debtors in possession, or the property of such debtors or the debtors' estates.

Dated: New York, New York
       October 17, 2019

          KLESTADT WINTERS JURELLER
          SOUTHARD & STEVENS, LLP

          By:  /s/ Tracy L. Klestadt
              Tracy L. Klestadt
          200 West 41 Street, 17th Floor
          New York, New York 10036
          Tel:  (212) 972-3000
          Fax:  (212) 972-2245

          Attorneys for Citi Servicing LLC